UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CASE NO. 6:22-cr-121-RBD-DCI
　　　　　　　　　　　　　　　　　18 U.S.C. § 922(g)(1)
DANIEL STEVEN KING

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about April 23, 2022, in the Middle District of Florida, and elsewhere, the defendant,

DANIEL STEVEN KING,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Grand Theft of Over $100,000, on or about November 7, 2016;

2. Grand Theft of a Firearm, on or about November 7, 2016;

3. Grand Theft of a Firearm, on or about November 7, 2016;

4. Grand Theft of a Firearm, on or about November 7, 2016;

5. Possession of More Than 20 Grams of Cannabis, on or about November 7, 2016,

did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, that is, a Sharps Bros MFG pistol, a GSG rifle, a Zastava Arms rifle, a Ruger pistol, a Glock pistol, a Pietro Beretta pistol, a SCCY pistol, a HK pistol, a Pioneer Arms Rifle, and Hornady and Federal Cartridge Company ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Sharps Bros MFG pistol with serial number A20695, a GSG rifle with serial number A884496, a Zastava Arms rifle with serial number Z70-090645, a Ruger pistol with serial number 316-66384, a Glock pistol with serial number AFVN372, a Pietro Beretta pistol with serial number U14122Z, a SCCY pistol with serial number 469517, a HK pistol with serial number 129-029007, a Pioneer Arms Rifle with serial number PK04109P, and multiple rounds of 9 millimeter, .22, .223 .380, and 7.62, ammunition, all seized on April 23, 2022.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
John M. Gardella
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
August 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DANIEL STEVEN KING

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 3rd day of August, 2022.

_____
Clerk

Bail $_____

AO 257 (Rev. 6/78)                                                                                                         PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

**OFFENSE CHARGED**

Possession of a firearm by a convicted felon

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

U.S. vs. Daniel Steven KING

Address: Kissimmee, Florida

Birth Date xx/xx/1994     (Optional unless a juvenile)

Place of Offense     U.S.C. Citation

☒ Male ☐ Female ☐ Alien

Osceola County, Florida     18 U.S.C. § 922(g)(1)

SSN: XXX-XX-5712     FBI No.

............................PROCEEDING...........................
Name of Complainant Agency, or Person (& Title, if any)
Matthew Oliver, Special Agent – Federal Bureau of Investigation

...............................DEFENDANT.........................

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons}
was served on above charges

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
                        DOCKET NO.
☐ U.S. Att'y     ☐ Defense

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

☐ this prosecution relates to a pending case involving this same defendant

6) ☒ Awaiting trial on other charges } ☐ Fed'l ☒ State
If answer to (6) is "Yes", show name of institution:

☐ prior proceedings or appearance(s) MAGISTRATE CASE NO. before U.S. Magistrate regarding this defendant were recorded under ▸

Booking No. 22002961
Has detainer ☐ Yes } If "Yes"
been filed? ☒ No } give date filed:

Name and Office of Person
Furnishing information on This Form

| | Mo. | Day | Year |
|---|---|---|---|
| DATE OF ARREST | 04 | 24 | 22 |

ROGER B. HANDBERG ☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y: John M. Gardella

Or... if arresting Agency & Warrant were not Federal

| | Mo. | Day | Year |
|---|---|---|---|
| DATE TRANSFERRED TO U.S. CUSTODY ▸ | | | |

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

METHOD OF SERVICE:
Warrant

RECOMMENDED BOND:

COURTROOM REQUIREMENTS:

Will there be a defendant or witness in custody?
☐ Yes ☒ No

DEFENSE COUNSEL:

☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☐ (TB) To be Appointed

Related Cases:
OCDETF Case    ☐ Yes ☒ No
Gang Member:    ☐ Yes ☒ No

Start Date: _____
If Yes, gang affiliation: _____

| Statutes: | Counts: | Penalty Provisions: | Maximum Penalty: |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | One | 18 U.S.C. § 924(a)(2) | NMT 10 yrs' BOP; NMT $250,000 Fine; NMT 3 yrs' S/R; $100 S/A |